```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01776-HWV
Darrell Jelks                                                   Chapter 13
      Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1       User: karendavi        Page 1 of 1         Date Rcvd: Dec 11, 2017
                           Form ID: pdf010        Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4782173      ##+Tamara Jelks,   145 South Timber Ridge Drive,   Harrisburg, PA 17110-3934
                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Darrell  Jelks gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Thomas I Puleo    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Darrell Jelks<br>　　　　　　Debtor<br><br>Nationstar Mortgage LLC<br>　　　　　　Movant<br>　　　v.<br>Darrell Jelks<br>　　　　　　Respondent<br>　　　And<br>Tamara D. Jelks<br>Charles J. DeHart, III Esq.<br>　　　　　　Additional Respondents | | CHAPTER 13<br><br><br><br>NO. 1:16-bk-01776 HWV<br><br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 315 Emerald Street, Harrisburg, PA 17110 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: December 11, 2017

Case 1:16-bk-01776-HWV    Doc 40    Filed 12/13/17    Entered 12/14/17 00:45:01    Desc
Imaged Certificate of Notice    Page 2 of 2