**Sharlene Miller**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Tuesday, February 13, 2018 12:28 PM |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Darrell Jelks, Case Number: 16-01776, HWV, Ref: [p-117584052] |
| Attachments: | B_P116017763180W0157.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

February 14, 2018

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Darrell Jelks, Case Number 16-01776, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737**

Undeliverable Address:
Capital Tax Collection
2301 North Third Street
Harrisburg, PA 17110

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

2/14/2018

506 S. State Rd.
Marysville PA 17053

_____    2-14-18
Signature of Debtor or Debtor's Attorney     Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Total Control Panel                                                              Login

To: gary.imblum@imblumlaw.com         Message Score: 1                    High (60): Pass
From: usbankruptcycourts@noticingcenter.com   My Spam Blocking Level: Low    Medium (75): Pass
                                                                          Low (90): Pass
Block this sender
Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*